# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE VIDAL CARCAMO,** | : | |
| Petitioner | : | |
| | : | **No. 1:18-cv-1682** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **WARDEN CLAIR DOLL,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 3rd day of April 2019, upon consideration of Petitioner Jose Vidal Carcamo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to substitute Warden Clair Doll as the Respondent in this matter;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1), is **GRANTED** to the extent Carcamo seeks an individualized bond hearing before an immigration judge to review his continued detention pursuant to 8 U.S.C. § 1231;

3. Within twenty-one (21) days of this Order, Carcamo shall be afforded an individualized bond hearing before an immigration judge; and

4. The Clerk of Court is directed to **CLOSE** this matter.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge